No. 422, Misc. ARRINGTON *v.* ALABAMA. Supreme Court of Alabama. Certiorari denied. *Franklin H. Williams, Robert L. Carter* and *Thurgood Marshall* for petitioner. *A. A. Carmichael,* Attorney General of Alabama, and *M. R. Nachman,* Assistant Attorney General, for respondent.

No. 441, Misc. HOLT *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 454, Misc. YOUNG *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

*Rehearing Denied.*

No. 14. DENNIS *v.* UNITED STATES, *ante,* p. 162. Rehearing denied. MR. JUSTICE DOUGLAS and MR. JUSTICE CLARK took no part in the consideration or decision of this application.

No. 163. COMMODITIES TRADING CORP. ET AL. *v.* UNITED STATES; and
No. 156. UNITED STATES *v.* COMMODITIES TRADING CORP. ET AL., *ante,* p. 121; and
No. 337. RAILWAY LABOR EXECUTIVES' ASSOCIATION *v.* UNITED STATES ET AL., *ante,* p. 142. The petitions for rehearing in these cases are severally denied. THE CHIEF JUSTICE and MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications.

No. 301, Misc. TATE *v.* HEINZE, WARDEN, 338 U. S. 956. Second petition for rehearing denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 373, Misc. ALMEIDA *v.* PENNSYLVANIA, *ante,* p. 924, Rehearing denied.